UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20926-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SANFORD FLOYD, *et al.*, ,

    Defendants.
_____/

## DEFAULT JUDGMENT AGAINST DEFENDANTS SANFORD FLOYD, MARJORIE FLOYD, WACHOVIA BANK, N.A., AND AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.

THIS CAUSE came before the Court upon the Plaintiff's Application for Entry of Default **(D.E. No. 13)**, filed on **April 30, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendants Sanford Floyd, Marjorie Floyd, Wachovia Bank, N.A., and American Express Travel Related Services, Inc. for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Accordingly, it is

**ADJUDGED** that the Motion for Default Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff UNITED STATES OF AMERICA and against Defendants SANFORD FLOYD, MARJORIE FLOYD, WACHOVIA BANK, N.A., and AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC. It is further,

**ADJUDGED** that Plaintiff shall file an affidavit with the Court by no later than **May 28,**

**2010**, indicating damages and any equitable relief Plaintiff seeks against Defendants Sanford Floyd, Marjorie Floyd, Wachovia Bank, N.A., and American Express Travel Related Services, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this /2 day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record