UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-20926-CIV-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SANFORD FLOYD; MARJORIE FLOYD;
WACHOVIA BANK, N.A.; CODISCO, INC.;
and AMERICAN EXPRESS TRAVEL
RELATED SERVICES, INC.; and BAYVIEW
LOAN SERVICING, LLC

        Defendants.
_____/

## FINAL DEFAULT JUDGMENT AS TO CERTAIN NAMED DEFENDANTS

THIS MATTER is before the Court on the United States' Motion for Default Judgment. Having considered the matter and for good cause shown, it is hereby ORDERED and ADJUDGED as follows:

1.    The United States shall have and recover from Sanford Floyd for unpaid trust fund recovery penalties for each quarterly period from the third quarter of 1999 through the second quarter of 2000, and each quarterly period from the fourth quarter of 2000 through the second quarter of 2005, in the total amount of $112,940.70, calculated as of April 5, 2010, plus further statutory interest thereon from April 5, 2010 to the date of payment;

2.    The United States has valid federal tax liens on the subject properties located at 18511 NW 24th Avenue, Miami, Florida 33055 and at 17301 NW 34th Avenue, Miami, Florida 33056; and

3.	The subject properties, if the Court orders them sold, may be sold free and clear of the liens or claims of defendants Marjorie Floyd, Wachovia Bank, N.A., and American Express Travel Related Services, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of June 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record